[No. 8940–1–III.  Division Three.  December 22, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. FREDERICK L. KUNZELMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Grant

County, No. 86–1–00194–1, Evan E. Sperline, J., entered September 8, 1987. *Affirmed* by unpublished opinion per Day, J. Pro Tem., concurred in by Munson, A.C.J., and Green, J.